# Trustee Employer Status Report
# Plumbers & Pipefitters Local 74
# All Funds

**GEMGroup**

19 February 2007

Tri-State Technologies Inc

| Sub Group | Invoice Number | Work Month | Postmark Date | Date Received | Description | Status | Liquidated Damage/ Interest | Discrepancy Amount |
|---|---|---|---|---|---|---|---|---|
| JR | 162263 | 07/2006 | 12/06/2006 | 12/06/2006 | Overage | | 0.00 | -699.76 |
| COM | 159227 | 08/2006 | 10/02/2006 | 10/03/2006 | Shortage | ATTY | 0.00 | 38,008.59 |
| COM | 163621 | 08/2006 | 01/18/2007 | 01/18/2007 | Shortage | | 0.00 | 181.80 |
| JR | 162264 | 08/2006 | 12/06/2006 | 12/06/2006 | Overage | | 0.00 | -2,381.26 |
| COM | 163622 | 09/2006 | 01/18/2007 | 01/18/2007 | Shortage | | 0.00 | 176.92 |
| SRV | 162874 | 10/2006 | 01/04/2007 | 01/04/2007 | Pay Stub Shortage | ATTY | 0.00 | 1,060.21 |
| COM | 163623 | 10/2006 | 01/18/2007 | 01/18/2007 | Shortage | | 0.00 | 189.60 |
| SRV | 162941 | 11/2006 | 12/28/2006 | 12/29/2006 | Overage | | 0.00 | -80.81 |
| SRV | 162875 | 11/2006 | 01/04/2007 | 01/04/2007 | Pay Stub Shortage | ATTY | 0.00 | 3,332.64 |
| JR | 162953 | 11/2006 | 12/31/2006 | 01/03/2007 | Shortage | ATTY | 0.00 | 10.33 |
| COM | 164349 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 1,842.92 |
| COM | 164347 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 5,342.69 |
| COM | 164348 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 3,173.87 |
| COM | 164350 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 8,234.82 |
| COM | 164351 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 12,796.31 |
| COM | 164353 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 5,846.88 |
| COM | 164354 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 606.67 |
| SRV | 164355 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 8,675.21 |
| SRV | 164356 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 4,004.84 |
| SRV | 164357 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 2,310.65 |
| SRV | 164358 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 939.02 |
| SRV | 164359 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 265.90 |
| SRV | 164360 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 5,502.55 |
| SRV | 164361 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 1,619.22 |
| COM | 164352 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | | 0.00 | 87.76 |
| | | | | | Net Sub Total Discrepancy : | | 0.00 | 101,047.57 |
| | | | | | Total Net Discrepancy : | | | 101,047.57 |

GEMGroup

# Trustee Employer Status Report
# Plumbers & Pipefitters Local 74
## All Funds

19 February 2007

### Description Summary

| Description | Discrepancy Amount |
|---|---:|
| Overage / Shortage | 35,405.41 |
| Pay Stub Shortage | 4,392.85 |
| Report Received No Money | 61,249.31 |

| | |
|---|---:|
| **Fund Total:** | **101,047.57** |