## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PLUMBERS AND PIPEFITTERS LOCAL    :    CIVIL ACTION
UNION NO. 74 ANNUITY FUND, et al.    :
    :
          Plaintiffs    :
    :
       v.    :
    :
TRI-STATE TECHNOLOGIES, INC.    :
    :
          Defendant    :    NO. 07-CV-94 (JJF)

## MOTION FOR JUDGMENT BY DEFAULT BY THE COURT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
## 55(b)(2) AGAINST TRI-STATE TECHNOLOGIES, INC.

Plaintiffs, Plumbers and Pipefitters Local Union No. 74 Annuity Fund, Plumbers and

Pipefitters Local No. 74 Health and Welfare Trust Fund, Plumbers and Pipefitters Local Union No.

74 Pension Fund, (formerly the Pipefitters Local Union No. 80 Employers Joint Pension Trust Fund),

Plumbers and Pipefitters Local No. 74 Apprenticeship Fund, Pipefitters Local Union No. 74

Educational/PAC Fund, (respectively, "Annuity Fund", "Welfare Fund", "Pension Fund",

"Apprenticeship Fund", "Education/PAC Fund", and, collectively, "Funds"), Local Union No. 74 of

the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of

the United States and Canada, AFL-CIO ("Union" and together with Funds, "Plaintiffs"), by their

legal counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 55(b)(2), to enter default

judgment in favor of the Plaintiffs and against Defendant, Tri- State Technologies, Inc. ("Company"

or "Defendant") for unpaid contributions, contractual liquidated damages, interest and attorneys' fees

and costs incurred by the Funds pursuant to 29 U.S.C. §§1132(g)(2)(A)-(D). The Funds also request

that the Court order Defendant to produce its records for an audit to determine whether any

additional monies are owed.

182154-1

In support of this Motion, Plaintiffs rely upon the allegations in their Complaint, the Declaration of Scott Ernsberger[1], the Declaration of Rick S. Miller, Esquire[2], the Declaration of Sanford G. Rosenthal, Esquire[3] and the exhibits attached to this Motion.

The grounds for this Motion are as follows:

1.    Prior to the commencement of this action, the Funds attempted to resolve this delinquency in an amicable manner.

2.    The requested payments were not received and on February 20, 2007, the Complaint in this matter was filed. The Complaint was served on Company on February 21, 2007, as appears from the Affidavit of Service filed with the Court.

3.    No Answer to the Complaint was filed by the Company.

4.    On March 20, 2007, Plaintiffs filed a Request to Clerk to Enter Default against the Company pursuant to Fed. R. Civ. P. 55(a) and mailed a copy first class mail, postage prepaid to the Company.

5.    The Company is not an infant or incompetent person and as Company is a corporation it is not in the military service.

**WHEREFORE**, Plaintiffs seek the following relief:

---

[1] The Declaration of Scott Ernsberger ("Ernsberger Declarationaration") is attached to this Motion as Exhibit 1. The document referred to in the Ernsberger Declaration is attached to this Motion as Exhibit 2.

[2] The Declaration of Rick Miller ("Miller Declaration") is attached to this Motion as Exhibit 3. The document referred to in the Miller Declaration is attached to this Motion as Exhibit 4.

[3] The Declaration of Sanford G. Rosenthal ("Rosenthal Declaration") is attached to this Motion as Exhibit 5. The documents referred to in the Rosenthal Declaration ares attached to this Motion as Exhibits 6 and 7.

(a)     Judgment entered as set out in the proposed Order and Judgment attached to this

Motion.

(b)     Such other and further relief as the Court deems just, necessary and appropriate.


Respectfully submitted,

FERRY, JOSEPH & PEARCE, P.A.

By: /s/Rick S. Miller_____
     RICK S. MILLER (#3418)
     824 Market St., Suite 904
     P.O. Box 1351
     Wilmington, DE 19899
     (302) 575-1555

Date: May 3, 2007

OF COUNSEL:
SANFORD G. ROSENTHAL
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106
(215) 351-0611

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion for Judgment By Default By the Court Pursuant to Federal Rule of Civil procedure 55(b)(2) Against Tri-State Technologies, Inc., was served by first class mail on May 3, 2007 to the following:

Tri-State Technologies, Inc.
Attn: Mr. Ed Mendez
300 Caron Drive
Bear DE 19701

On penalty of perjury, I declare the foregoing is true and correct.

/s/Rick S. Miller
Rick S. Miller (#3418)

EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | | |
|---|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : : | |
| v. | : : | |
| TRI-STATE TECHNOLOGIES, INC. | : : | |
| Defendant | : | NO. 07-CV-94 (JJF) |

### DECLARATION OF SCOTT ERNSBERGER

Scott Ernsberger states, under penalty of perjury, that the following is true and correct to the best of his knowledge.

1. My name is Scott Ernsberger, and my business address is GEMGroup, Brandywine Corporate Center, 650 Naamans Road, Suite 303, Claymont, Delaware 19703.

2. GEMGroup serves as the contract administrator of the Plumber and Pipefitters Union No. 74 Annuity Fund, Plumbers and Pipefitters Local Union No. 74 Pension Fund and Plumbers and Pipefitters Local Union No. 74 Health and Welfare Trust Fund, (collectively, "Funds") and I am authorized to make this Declaration on behalf of the Plaintiffs.

3. The Funds are "employee benefit plans" as defined in Section 3(3) of ERISA, as amended, 29 U.S.C. Section 1002(2)(A)(I), established by the Funds and employers in private industry whose employees are members of or otherwise represented by the International and its district councils and local unions, for the purpose of providing retirement income to the employees.

182153-1

4.     As contract administrator of the Funds, GEMGroup is charged with keeping and maintaining records of contributions received by the Funds, and maintaining individual records of each person, firm and corporation required to make such contributions to the Funds.

5.     Tri-State Technologies, Inc. ("Company" or "Defendant") is a Delaware corporation. Defendant is bound to a collective bargaining agreement with Plumbers and Pipefitters Local Union 74. The collective bargaining agreement requires Defendant to submit monthly contributions to the Funds based on hours worked or paid to all employees in the bargaining unit. Contributions must be made for each hour employees work or receive pay at the contribution rate specified in the agreement. Defendant is required to submit its remittance report and contributions by the 28th day of the month following the month in which the hours accrued ("the Due Date"). Failure to make the required contributions, or to submit either incorrect or late remittance reports and contributions, results in a delinquency to the Funds. The Defendant is also bound by the Trust Agreements of the Funds.

6.     The collective bargaining agreement and the Trust Agreements provide for an audit of the Company's records to confirm the accuracy of the information on the remittance reports.

7.     My review of the regular business records maintained by the Funds shows that:

(a)     The Defendant failed to submit contributions in the amount of $221,646.90 for the months of July 2006 through February 2007 in the manner prescribed by the collective bargaining agreement;

(b)     Based on the failure to submit required contributions, Defendant owes liquidated damages in the amount of $36,369.80. An employer is assessed liquidated damages

182153-1                                  2

equal to 10% of the total unpaid contributions if the contributions are paid after the Due Date but before the end of the following month. Thereafter, liquidated damages are assessed at the rate of 20% of the outstanding contributions. The liquidated damages provided in the collective bargaining agreement and in the Agreements and Declarations of Trust of the Funds are, in part, to compensate the Funds for the losses and added costs resulting from employer contribution delinquencies. The liquidated damages relate to the losses and additional costs incurred by the Funds. The losses and added expenses incurred by the Funds also significantly impair their ability to continue to provide benefits to not only the Defendant's employees, but to employees of companies that have complied with their contractual obligations.

(c) The contribution deficiency, assessed interest on the unpaid contributions and liquidated damages on unpaid contributions are itemized in the Employer Status Report ("Status Report"). This Status Report is prepared in the regular course of business of GEMGroup. A copy of the Status Report is attached to the Motion as Exhibit 2.

(d) Defendant owes interest through April 23, 2007 in the amount of $5,545.93 on the unpaid contributions set forth in ¶7(a). The interest has been calculated as provided in the Rules and Regulations of the Funds at 1½% per month on contributions that remain unpaid more than one month from the Due Date.

8. I have executed this Declaration in support of the Plaintiffs' Motion for Default Judgment against Defendant, Tri-State Technologies, Inc. and request this Court to consider the same as proof in support of the allegations contained in the Complaint of the Funds and other

facts stated in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 3, 2007

_____

SCOTT ERNSBERGER

# EXHIBIT 2



**GEMGroup**

# Trustee Employer Status Report
## Plumbers & Pipefitters Local 74
### All Funds

23 April 2007

Page 1 of 5

Tri-State Technologies Inc

| Sub Group | Invoice Number | Work Month | Postmark Date | Date Received | Description | Status | Liquidated Damage/ Interest | Discrepancy Amount |
|---|---|---|---|---|---|---|---|---|
| JR | 162263 | 07/2006 | 12/06/2006 | 12/06/2006 | Overage | | 0.00 | -699.76 |
| COM | 159227 | 08/2006 | 10/02/2006 | 10/03/2006 | Shortage | ATTY | 0.00 | 38,008.59 |
| COM | 163621 | 08/2006 | 01/18/2007 | 01/18/2007 | Shortage | ATTY | 0.00 | 181.80 |
| JR | 162264 | 08/2006 | 12/06/2006 | 12/06/2006 | Overage | | 0.00 | -2,381.26 |
| COM | 163622 | 09/2006 | 01/18/2007 | 01/18/2007 | Shortage | ATTY | 0.00 | 176.92 |
| SRV | 162874 | 10/2006 | 01/04/2007 | 01/04/2007 | Pay Stub Shortage | ATTY | 0.00 | 1,060.21 |
| COM | 163623 | 10/2006 | 01/18/2007 | 01/18/2007 | Shortage | ATTY | 0.00 | 189.60 |
| SRV | 162941 | 11/2006 | 12/28/2006 | 12/29/2006 | Overage | | 0.00 | -80.81 |
| SRV | 162875 | 11/2006 | 01/04/2007 | 01/04/2007 | Pay Stub Shortage | ATTY | 0.00 | 3,332.64 |
| JR | 162953 | 11/2006 | 12/31/2006 | 01/03/2007 | Shortage | ATTY | 0.00 | 10.33 |
| COM | 164349 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 1,842.92 |
| COM | 164347 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 5,342.69 |
| COM | 164348 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 3,173.87 |
| COM | 164350 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 8,234.82 |
| COM | 164351 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 12,796.31 |
| COM | 164353 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 5,846.88 |
| COM | 164354 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 606.67 |
| SRV | 164355 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 8,675.21 |
| SRV | 164356 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 4,004.84 |
| SRV | 164357 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 2,310.65 |
| SRV | 164358 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 939.02 |
| SRV | 164359 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 265.90 |
| SRV | 164360 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 5,502.55 |
| SRV | 164361 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 1,619.22 |
| COM | 164352 | 12/2006 | 02/01/2007 | 02/01/2007 | Report Received No Money | ATTY | 0.00 | 87.76 |
| COM | 167875 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 52.94 | 0.00 |
| COM | 167875 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 368.59 | 0.00 |
| COM | 167876 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 240.43 | 0.00 |
| COM | 167876 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,068.54 | 0.00 |
| COM | 167877 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 142.83 | 0.00 |
| COM | 167877 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 634.78 | 0.00 |
| COM | 167878 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 370.57 | 0.00 |
| COM | 167878 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,646.97 | 0.00 |
| COM | 167879 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 575.84 | 0.00 |
| COM | 167879 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 2,559.27 | 0.00 |
| COM | 167880 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 263.11 | 0.00 |
| COM | 167880 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,169.38 | 0.00 |
| COM | 167881 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 27.30 | 0.00 |
| COM | 167881 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 121.34 | 0.00 |

Report Parameter Name: TRUSTEE EMPLOYER STATUS REPORT (507)

TR00667



**GEMGroup**

# Trustee Employer Status Report
# Plumbers & Pipefitters Local 74
# All Funds

23 April 2007                                                                                         Page 2 of 5

Tri-State Technologies Inc

| Sub Group | Invoice Number | Work Month | Postmark Date | Date Received | Description | Status | Liquidated Damage/ Interest | Discrepancy Amount |
|---|---|---|---|---|---|---|---|---|
| COM | 167882 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 3.95 | 0.00 |
| COM | 167882 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 17.56 | 0.00 |
| SRV | 167883 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 390.39 | 0.00 |
| SRV | 167883 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,735.05 | 0.00 |
| SRV | 167884 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 180.22 | 0.00 |
| SRV | 167884 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 800.97 | 0.00 |
| SRV | 167885 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 103.98 | 0.00 |
| SRV | 167885 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 462.13 | 0.00 |
| SRV | 167886 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 42.26 | 0.00 |
| SRV | 167886 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 187.81 | 0.00 |
| SRV | 167887 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 11.97 | 0.00 |
| SRV | 167887 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 53.18 | 0.00 |
| SRV | 167888 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 247.62 | 0.00 |
| SRV | 167888 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,100.51 | 0.00 |
| SRV | 167889 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 72.87 | 0.00 |
| SRV | 167889 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 323.85 | 0.00 |
| SRV | 167894 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 44.73 | 0.00 |
| SRV | 167894 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 298.18 | 0.00 |
| SRV | 167895 | 12/2006 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 160.55 | 0.00 |
| SRV | 167895 | 12/2006 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,070.32 | 0.00 |
| COM | 166051 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 7,633.34 |
| COM | 166052 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 1,331.58 |
| COM | 166054 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 9,951.78 |
| COM | 166055 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 633.41 |
| COM | 166056 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 819.25 |
| COM | 166057 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 6,900.79 |
| COM | 166058 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 268.87 |
| SRV | 166059 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 6,323.31 |
| SRV | 166061 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 3,801.22 |
| SRV | 166062 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 1,753.08 |
| SRV | 166064 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 1,019.28 |
| SRV | 166067 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 1,490.90 |
| SRV | 166878 | 01/2007 | 03/29/2007 | 03/29/2007 | Report Received No Money | ATTY | 0.00 | 5,351.60 |
| COM | 166053 | 01/2007 | 03/08/2007 | 03/08/2007 | Report Received No Money | ATTY | 0.00 | 14,217.63 |
| SRV | 166880 | 01/2007 | 03/29/2007 | 03/29/2007 | Report Received No Money | ATTY | 0.00 | 5,873.28 |
| SRV | 167890 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 189.70 | 0.00 |
| SRV | 167890 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,264.67 | 0.00 |
| SRV | 167891 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 114.04 | 0.00 |
| SRV | 167891 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 760.25 | 0.00 |

Report Parameter Name: TRUSTEE EMPLOYER STATUS REPORT (507)                                    TR00667



**GEMGroup**

# Trustee Employer Status Report
## Plumbers & Pipefitters Local 74
### All Funds

23 April 2007                                                                                              Page 3 of 5

Tri-State Technologies Inc

| Sub Group | Invoice Number | Work Month | Postmark Date | Date Received | Description | Status | Liquidated Damage/Interest | Discrepancy Amount |
|---|---|---|---|---|---|---|---|---|
| SRV | 167892 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 52.60 | 0.00 |
| SRV | 167892 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 350.62 | 0.00 |
| SRV | 167893 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 30.58 | 0.00 |
| SRV | 167893 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 203.86 | 0.00 |
| SRV | 167896 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 176.20 | 0.00 |
| SRV | 167896 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,174.56 | 0.00 |
| COM | 167897 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 229.00 | 0.00 |
| COM | 167897 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,526.67 | 0.00 |
| COM | 167898 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 39.95 | 0.00 |
| COM | 167898 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 266.32 | 0.00 |
| COM | 167899 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 298.56 | 0.00 |
| COM | 167899 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,990.36 | 0.00 |
| COM | 167900 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 19.01 | 0.00 |
| COM | 167900 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 126.69 | 0.00 |
| COM | 167901 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 24.58 | 0.00 |
| COM | 167901 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 163.85 | 0.00 |
| COM | 167902 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 207.03 | 0.00 |
| COM | 167902 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,380.16 | 0.00 |
| COM | 167903 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 8.07 | 0.00 |
| COM | 167903 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 53.78 | 0.00 |
| COM | 167904 | 01/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 426.53 | 0.00 |
| COM | 167904 | 01/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 2,843.53 | 0.00 |
| SRV | 167262 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 6,600.37 |
| SRV | 167264 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 2,001.63 |
| SRV | 167266 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 3,007.25 |
| SRV | 167268 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 2,257.90 |
| SRV | 167270 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 1,407.06 |
| SRV | 167272 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 3,977.35 |
| COM | 167274 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 7,497.43 |
| COM | 167276 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 11,120.35 |
| COM | 167278 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 29.41 |
| COM | 167280 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 352.25 |
| COM | 167282 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 41.12 |
| COM | 167284 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 8,340.26 |
| COM | 167286 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 876.75 |
| COM | 167288 | 02/2007 | 04/04/2007 | 04/04/2007 | Report Received No Money | ATTY | 0.00 | 5,720.88 |
| COM | 167905 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 112.47 | 0.00 |
| COM | 167905 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,499.49 | 0.00 |
| COM | 167906 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 166.81 | 0.00 |

Report Parameter Name: TRUSTEE EMPLOYER STATUS REPORT (507)                                    TR00667



**GEMGroup**

# Trustee Employer Status Report
## Plumbers & Pipefitters Local 74
### All Funds

23 April 2007                                                                      Page 4 of 5

Tri-State Technologies Inc.

| Sub Group | Invoice Number | Work Month | Postmark Date | Date Received | Description | Status | Liquidated Damage/ Interest | Discrepancy Amount |
|---|---|---|---|---|---|---|---|---|
| COM | 167906 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 2,224.07 | 0.00 |
| COM | 167907 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 0.45 | 0.00 |
| COM | 167907 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 5.89 | 0.00 |
| COM | 167908 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 5.29 | 0.00 |
| COM | 167908 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 70.45 | 0.00 |
| COM | 167909 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 0.62 | 0.00 |
| COM | 167909 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 8.23 | 0.00 |
| COM | 167910 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 125.11 | 0.00 |
| COM | 167910 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,668.06 | 0.00 |
| COM | 167911 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 13.16 | 0.00 |
| COM | 167911 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 175.35 | 0.00 |
| COM | 167912 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 85.82 | 0.00 |
| COM | 167912 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,144.18 | 0.00 |
| SRV | 167913 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 99.01 | 0.00 |
| SRV | 167913 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 1,320.08 | 0.00 |
| SRV | 167914 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 30.03 | 0.00 |
| SRV | 167914 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 400.33 | 0.00 |
| SRV | 167915 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 45.11 | 0.00 |
| SRV | 167915 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 601.45 | 0.00 |
| SRV | 167916 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 33.87 | 0.00 |
| SRV | 167916 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 451.58 | 0.00 |
| SRV | 167917 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 21.11 | 0.00 |
| SRV | 167917 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 281.42 | 0.00 |
| SRV | 167918 | 02/2007 | 04/23/2007 | 04/23/2007 | Interest on Late Contributions | | 59.66 | 0.00 |
| SRV | 167918 | 02/2007 | 04/23/2007 | 04/23/2007 | Liquidated Damages | | 795.47 | 0.00 |
| | | | | | **Net Sub Total Discrepancy :** | | 41,915.73 | 221,646.90 |
| | | | | | **Total Net Discrepancy :** | | | 263,562.63 |

Report Parameter Name: TRUSTEE EMPLOYER STATUS REPORT (507)                                    TR00667



**GEMGroup**

# Trustee Employer Status Report
## Plumbers & Pipefitters Local 74
### All Funds

23 April 2007

Page 5 of 5

### Description Summary

| Description | Discrepancy Amount |
|---|---|
| Interest on Late Contributions | 5,545.93 |
| Liquidated Damages | 36,369.80 |
| Overage / Shortage | 35,405.41 |
| Pay Stub Shortage | 4,392.85 |
| Report Received No Money | 181,848.64 |

| | |
|---|---|
| **Fund Total:** | **263,562.63** |

Report Parameter Name: TRUSTEE EMPLOYER STATUS REPORT (507)

TR00667

# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PLUMBERS AND PIPEFITTERS LOCAL      :      CIVIL ACTION
UNION NO. 74 ANNUITY FUND, et al.      :
     :
          Plaintiffs      :
     :
       v.      :
     :
TRI-STATE TECHNOLOGIES, INC.      :
     :
          Defendant      :      NO. 07-CV-94 (JJF)

## DECLARATION OF RICK S. MILLER, ESQUIRE

I, Rick S. Miller, Esquire, declares on penalty of perjury under the laws of the United

States as follows:

1.      I am a shareholder of the firm of Ferry, Joseph & Pearce, P.A., and I am local

counsel to the plaintiff in this case. I was admitted to the Delaware Bar in 1995, and to the Bar

of this Court in 1996. I have a diverse general litigation practice as both lead and local counsel

which includes work in every state and federal court in this State, with emphasis on commercial

and bankruptcy litigation.

2.      Attached to the Motion as Exhibit 4 is a computerized billing list showing all

work performed by the offices of Ferry, Joseph & Pearce, P.A. and related costs in connection

with serving as local counsel in this action through April 30, 2007. The computerized listing is

prepared from contemporaneous attorney time and expense records, the originals of which are

maintained in the regular business records of Ferry, Joseph & Pearce, P.A..

3.      Based upon my review of Exhibit 4, the Funds have incurred $1,450.00 in

attorneys' fees and costs for work performed by Ferry, Joseph & Pearce, P.A. through April 30,

2007.

      4.     I have executed this Declaration in support of Plaintiffs' Motion for Default

Judgment against Defendant, Tri-State Technologies, Inc., and request this Court to consider the

same as proof in support of the allegations contained in the Complaint of the Funds and other

facts stated in this Declaration.

                                      Pursuant to 28 U.S.C. §1746, I declare under
                                      penalty of perjury that the foregoing is true and
                                      correct.

Executed on: May 3, 2007          /s/Rick S. Miller
                                      RICK S. MILLER, ESQUIRE (#3418)

# EXHIBIT 4

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax:(302) 575-1714

Plumbers & Pipefitters Local 74 et al.                    May 3, 2007
Jennings Sigmond
510 Walnut St., Suite 1600
Philadelphia, PA
19106-3683
                                          File #:        plumbers2
**Attention:**                            Inv  #:          Settle


**RE:**    Tri-State Technologies, Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-20-07 | E-mail correspondence with Mr. Rosenthal | 0.10 | 25.00 | RSM |
|  | Confer with TJT | 0.10 | 25.00 | RSM |
|  | Review and prepare law suit filings | 1.50 | 375.00 | RSM |
| Feb-21-07 | E-file exhibits to complaint | 0.20 | 50.00 | RSM |
| Feb-22-07 | File return of service; e-mail to Mr. Rosenthal | 0.30 | 75.00 | RSM |
| Mar-01-07 | Review Court filings; e-mail to Mr. Rosenthal | 0.20 | 50.00 | RSM |
| Mar-16-07 | E-mail correspondence with Mr. Rosenthal | 0.20 | 50.00 | RSM |
| Mar-20-07 | Teleconference with Mr. Rosenthal; teleconference with process server; e-mail to Mr. Rosenthal | 0.40 | 100.00 | RSM |
|  | File default notice | 0.30 | 75.00 | RSM |
| Mar-23-07 | Review voice mail from Mr. Mendez; e-mail to Mr. Rosenthal | 0.20 | 50.00 | RSM |
| Apr-20-07 | Teleconference with Mr. Rosenthal; confer with T. Tacconelli; e-mail to Mr. Rosethal | 0.50 | 125.00 | RSM |
| Apr-27-07 | Teleconference with Mr. Rosenthal | 0.10 | 25.00 | RSM |

|  | Totals | 4.10 | $1,025.00 |
|---|---|---|---|

**DISBURSEMENTS**

| Feb-20-07 | U.S. District Court - filing fee | 350.00 |
|---|---|---|
| Feb-22-07 | Brandywine Process Servers - service | 35.00 |
| Mar-01-07 | Parcel's, Inc. - burn e-mailed pdf's to disc | 40.00 |

|  | Totals | $425.00 |
|---|---|---|

**Total Fee & Disbursements for all charges on this matter**    **$1,450.00**

TAX ID Number    51-0328068

**PAYMENT DETAILS**

| Mar-20-07 | Payment - Thank you | 975.00 |
|---|---|---|
| Apr-18-07 | Payment - Thank you | 162.50 |
| Apr-18-07 | Payment - Thank you | 32.50 |
| Apr-18-07 | Payment - Thank you | 130.00 |

**Total Payments**    **$1,300.00**

# EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PLUMBERS AND PIPEFITTERS LOCAL          :          CIVIL ACTION
UNION NO. 74 ANNUITY FUND, et al.       :
                                        :
                Plaintiffs          :
                                        :
      v.                           :
                                        :
TRI-STATE TECHNOLOGIES, INC.            :
                                        :
                Defendant          :          NO. 07-CV-94 (JJF)

## DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE

Sanford Rosenthal, Esquire, declares on penalty of perjury under the laws of the United

States as follows:

1.      I am a shareholder in the law firm of Jennings Sigmond with responsibility for

this case. I am submitting this Declaration to document the attorneys' fees and costs of Jennings

Sigmond, P.C. which the Funds have incurred in this case through April 30, 2007 and to support

an award of attorneys fees and costs to Plaintiffs

Case Fees

2.      Attached as Exhibit 6 to Plaintiffs' Motion for Entry of Judgment by Default, and

incorporated herein by reference, is a detailed statement showing all work performed by the

office of Jennings Sigmond, P.C. and related costs in connection with this action through April

30, 2007. The statement was prepared from contemporaneous attorney time and expenses

records and bills, the originals of which are maintained in the regular business records of

Jennings Sigmond. Each piece of work is separately coded and the work performed is described.

The total fees of Jennings Sigmond relevant to this case are $3,529.50 and expenses are $86.15

for a total of $3,615.65.

3.    The identity of those performing services related to this matter and normal hourly rates are as follows.

| INITIALS | NAME | TITLE | HOURLY RATE |
|----------|------|-------|-------------|
| SGR | Sanford G. Rosenthal | Shareholder | $240.00 |
| CTM | Cathy T. Morton | Paralegal | $ 85.00 |

4.    Plaintiffs only seek judgment for fees in the bills, which reflect a special fee schedule with the Plumbers and Pipefitters Local Union No. 74 Annuity Fund, Plumbers and Pipefitters Local No. 74 Health and Welfare Trust Fund, Plumbers and Pipefitters Local Union No. 74 Pension Fund (formerly the Pipefitters Local Union No. 80 Employers Joint Pension Trust Fund), Plumbers and Pipefitters Local No. 74 Apprenticeship Fund, Pipefitters Local Union No. 74 Educational/PAC Fund, (respectively, "Annuity Fund", "Welfare Fund", "Pension Fund", "Apprenticeship Fund", "Education/PAC Fund", and, collectively, "Funds"), and Local Union No. 74 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, AFL-CIO ("Union" and together with Funds, "Plaintiffs") for a $240.00 per hour rate for shareholders and $85.00 per hour for paralegals and clerks.

Attorney Background and Experience

5.    <u>Sanford G. Rosenthal</u>. Sanford G. Rosenthal is a firm shareholder and co-leader of the ERISA practice and has practiced law for 23 years. He received his undergraduate education at Pennsylvania State University, where he graduated in 1971. He worked as Audit Manager and Office Manager in the administrative team for the Teamsters Health and Welfare and Pension Funds of Philadelphia and Vicinity from 1971 through 1980. He attended the Dickinson School of Law, where he was awarded the Degree of Juris Doctor in 1983. He is a

member of the Bar of the Supreme Court of Pennsylvania and the District of Columbia Bar. He

is also admitted to practice before the United States Court of Appeals for the Third Circuit and

the United States District Courts for the Eastern and Middle Districts of Pennsylvania. His

practice concentrates on the representation of multiemployer benefit funds in delinquency

litigation and counseling. A sample of his litigation experience is available in 32 published cases

that can be obtained through a Westlaw search for "AT ("Sanford G. Rosenthal") and Jennings"

in the FPENS-CS library.

6.    Catherine T. Morton. Catherine T. Morton is a Paralegal in the Jennings Sigmond

office. She has been with the office for six (6) years and is experienced in corporate computer

database research, electronic filing procedures throughout the country and preparation and

documentation of service of complaints and other pleadings for employee benefit collections

matters, in addition to other skills.

Legal Market Benchmark

7.    The time and fees charged in this case are reasonable based on prevailing market

rates for similar services by lawyers of reasonably comparable skill, experience and reputation in

both the Philadelphia and Northern Virginia markets.

8.    My opinion that the time and fees are reasonable is based on the following factors:

(a)    We serve as counsel or co-counsel to over 20 multiemployer employee

benefit funds groups. The firm currently has 17 lawyers, with a dedicated benefits department of

seven (7) lawyers plus part-time work by three (3) other lawyers in the labor practice. The work

is specialized and our competition often is large corporate firms with both employee benefits and

federal litigation experience. In my experience, our fees are normally substantially lower than

the charges of larger firms.

(b)    The attorney hourly rates in this case are well below market rates for partners in an employee benefits litigation practice and consistent with market rates in published surveys by Altman Weil, a leading law firm consultant. Specifically, Altman Weil found a median hourly rate in 2005 of $305 for partners in an employee benefits litigation practice and that hourly rates for associates ranged up to $273 in the Mid Atlantic region at the 90th percentile. A copy of the Altman Weil data is attached as Exhibit 7 and incorporated by reference.

9.    I have executed this Declaration in support of Plaintiffs' Motion for Default Judgment against Defendant, Tri-State Technologies, Inc., and request this Court to consider the same as proof in support of the allegations contained in the Complaint of the Funds and other facts stated in this Declaration.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.


Date: May 3, 2007                         /s/Sanford G. Rosenthal
                                          SANFORD G. ROSENTHAL, ESQUIRE

EXHIBIT 6

# Jennings Sigmond, P.C.
# Time And Expense Details

Report ID:  OT2025 - 11104
Wednesday, May 02, 2007

| Client | Client Reporting Name | | | | Matter | Matter Reporting Name | | Billing Timekeeper |
|---|---|---|---|---|---|---|---|---|
| PFRD74 | Plumbers & Pipefitters 74-Delq | | | | 28739 | Tri-State Technologies, Inc. | | Sigmond, Richard B. |

**Unbilled Time**

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/2/2007 | SGR | 0.60 | 0.60 | 240.00 | $144.00 | | | Phone Conference with V. Ledgerwood (3x) |
| | | | | | | | | Review of Correspondence from E. Mendez |
| | | | | | | | | Letter to E. Mendez |
| 4/5/2007 | SGR | 0.10 | 0.10 | 240.00 | $24.00 | | | Review Local Counsel Bill |
| 4/10/2007 | SGR | 0.10 | 0.10 | 240.00 | $24.00 | | | Letter to S. Ernsberger regarding Same |
| 4/12/2007 | SGR | 0.10 | 0.10 | 240.00 | $24.00 | | | Review of Correspondence from E. Mendez |
| 4/12/2007 | SGR | 1.00 | 1.00 | 240.00 | $240.00 | | | Review of Documents regarding Delinquency/Settlement Analysis |
| | | | | | | | | Preparation of Delinquency/Settlement Analysis |
| | | | | | | | | Letter to E. Mendez |
| 4/16/2007 | SGR | 0.30 | 0.30 | 240.00 | $72.00 | | | Phone Conference with E. Mendez |
| 4/17/2007 | SGR | 0.20 | 0.20 | 240.00 | $48.00 | | | Review of Correspondence from E. Mendez |
| | | | | | | | | Review of A/R Aging Report |
| 4/20/2007 | SGR | 0.60 | 0.60 | 240.00 | $144.00 | | | Phone Conference with Attorney R. Miller regarding Bond and Mechanics Lien Claims |
| 4/22/2007 | SGR | 0.60 | 0.60 | 240.00 | $144.00 | | | Review of Correspondence from Attorney R. Miller regarding Same |
| 4/23/2007 | SGR | 1.00 | 1.00 | 240.00 | $240.00 | | | Review and Revision of Motion for Default Judgment |
| | | | | | | | | Letter to V. Ledgerwood |
| 4/25/2007 | SGR | 0.60 | 0.60 | 240.00 | $144.00 | | | Phone Conference with V. Ledgerwood |
| | | | | | | | | Review of Correspondence from V. Ledgerwood regarding Job-by-Job Breakdown and Credits |
| 4/26/2007 | SGR | 0.70 | 0.70 | 240.00 | $168.00 | | | Review of Documents regarding Same |
| | | | | | | | | Review and Revision of Default Motion |
| 4/26/2007 | CTM | 0.30 | 0.30 | 85.00 | $25.50 | | | Calculate Attorneys' Fees and Costs |
| 4/27/2007 | SGR | 0.70 | 0.70 | 240.00 | $168.00 | | | Review of Docket regarding Bankruptcy Status |
| | | | | | | | | Phone Conference with E. Mendez |
| | | | | | | | | Phone Conference with Attorney R. Sigmond |
| | | | | | | | | Phone Conference with R. Miller |
| 4/30/2007 | SGR | 0.10 | 0.10 | 240.00 | $24.00 | | | Review of Correspondence from V. Ledgerwood |

**Unbilled Time**

| | | Hours Worked | Hours On Bill | | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| Totals | | 7.00 | 7.00 | | $1,633.50 | | | |

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/15/2007 | SGR | 1.70 | 1.70 | 240.00 | $408.00 | | | Preparation of Complaint |
| | | | | | | | | Preparation of D & B Review regarding Corporate Status, Location for Service and General Business Information |
| 2/19/2007 | SGR | 0.50 | 0.50 | 240.00 | $120.00 | | | Phone Conference with V. Ledgerwood (2x) |
| | | | | | | | | Letter to Attorney R. Miller |

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Report ID: OT2025 - 11104
Wednesday, May 02, 2007

Printed By   MHT
Page   2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|------|-----------|--------------|---------------|------|-------------|----------|-----------|
| 3/15/2007 | SGR | 0.10 | 0.10 | 240.00 | $24.00 | | Letter to R. Miller |
| 3/16/2007 | SGR | 2.50 | 2.50 | 240.00 | $600.00 | | Phone Conference with V. Ledgerwood |
| | | | | | | | Preparation of Request to Enter Default and Motion for Default Judgment |
| 3/20/2007 | SGR | 0.40 | 0.40 | 240.00 | $96.00 | | Phone Conference with Attorney R. Miller |
| 3/22/2007 | SGR | 0.10 | 0.10 | 240.00 | $24.00 | | Phone Conference with V. Ledgerwood |
| 3/26/2007 | SGR | 1.50 | 1.50 | 240.00 | $360.00 | | Review of Revised Delinquency Report |
| | | | | | | | Preparation of Motion for Default Judgment and Exhibits |
| 3/28/2007 | SGR | 0.30 | 0.30 | 240.00 | $72.00 | | Phone Conference with E. Mendez |
| 3/29/2007 | SGR | 0.60 | 0.60 | 240.00 | $144.00 | | Review of Documents |
| | | | | | | | Phone Conference with V. Ledgerwood |
| 3/31/2007 | SGR | 0.20 | 0.20 | 240.00 | $48.00 | | Review of Correspondence from V. Ledgerwood |

**Billed Time**

| | Totals | 7.90 | 7.90 | | $1,896.00 | | |
|--|--------|------|------|--|-----------|--|--|

### Billed Expenses

| Date | | Amount | Exp Code | Narrative |
|------|--|--------|----------|-----------|
| 3/1/2007 | | $86.15 | CRDB | Computer Research - Dun & Bradstreet |

**Billed Expenses**

| | Totals | $86.15 | | |
|--|--------|--------|--|--|

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|--|--------------|---------------|------------|----------------|--------------|
| **Report Totals** | 14.90 | 14.90 | $3,529.50 | $86.15 | $3,615.65 |

*** End Of Report ***

# EXHIBIT 7

# Median Hourly Billing Rates
# Litigation Specialties



**Top Five
Hourly Rates**

**Equity and
Non-Equity
Partners**

**Source:  Altman Weil Survey of Law Firm Economics
2005 Edition**

# Associate Hourly Billing Rates by Experience



**Years of Experience**

Median
90th Percentile

Source: Altman Weil Survey of Law Firm Economics
2005 Edition

# Associate Hourly Billing Rates by Region



See following page for states included in each region.

**Source:  Altman Weil Survey of Law Firm Economics**
**2005 Edition**



Census Regions and Divisions of the United States

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PLUMBERS AND PIPEFITTERS LOCAL    :    CIVIL ACTION
UNION NO. 74 ANNUITY FUND, et al.    :
                                        :
              Plaintiffs    :
                                          :
           v.    :
                                          :
TRI-STATE TECHNOLOGIES, INC.    :
                                          :
             Defendant    :    NO. 07-CV-94 (JJF)

**ORDER AND JUDGMENT BY DEFAULT AGAINST
<u>DEFENDANT, TRI-STATE TECHNOLOGIES, INC.</u>**

Upon consideration of the Complaint and Motion for Entry of Judgment by Default of the

Plaintiffs, Plumbers and Pipefitters Local Union No. 74 Annuity Fund, Plumbers and Pipefitters

Local No. 74 Health and Welfare Trust Fund, Plumbers and Pipefitters Local Union No. 74

Pension Fund (formerly the Pipefitters Local Union No. 80 Employers Joint Pension Trust Fund),

Plumbers and Pipefitters Local No. 74 Apprenticeship Fund, Pipefitters Local Union No. 74

Educational/PAC Fund, (respectively, "Annuity Fund", "Welfare Fund", "Pension Fund",

"Apprenticeship Fund", "Education/PAC Fund", and, collectively, "Funds"), and Local Union

No. 74 of the United Association of Journeymen and Apprentices of the Plumbing and

Pipefitting Industry of the United States and Canada, AFL-CIO ("Union" and together with

Funds, "Plaintiffs"), Defendant, Tri-State Technologies, Inc. ("Defendant" or "Company"), was

served with process on February 21, 2007, and has inexcusably, knowingly and willfully failed to

appear, plead or otherwise defend, and the default against said Defendant having been entered, it

is **ORDERED:**

      1.    Judgment is entered against Defendant and in favor of Plaintiffs in the total

182154-1

amount of $268,628.28 as itemized as follows:

      (a)     Unpaid contributions in the amount of $221,646.90 under 29 U.S.C.

§1132(g)(2) and 185(a) for the period July 2006 through February 2007.

      (b)     Interest on the unpaid contributions set out in ¶1(a) above through April

23, 2007 in the amount of $5,545.93.

      (c)     Liquidated damages in the amount of $36,369.80 on the unpaid

contributions as provided for in 29 U.S.C. §1132(g)(2).

      (d)     Attorneys' fees and costs by Jennings Sigmond, P.C. in the amount of

$3,615.65 incurred through April 30, 2007 pursuant to 29 U.S.C. §1132(g)(2)(D).

      (e)     Attorneys' fees and costs by Ferry, Joseph & Pearce, P.A. in the amount of

$1,450.00 incurred through April 30, 2007 pursuant to 29 U.S.C. §1132(g)(2)(D).

    2.     ORDERED that Defendant, its owners, officers, agents, servant, attorneys, and all

persons acting on their behalf or in conjunction with them shall be and hereby are restrained and

enjoined from refusing to file complete, proper and timely remittance reports with accompanying

contributions for all periods for which Defendant is obligated to do so under the collective

bargaining agreement(s).

    3.     ORDERED that the Funds shall have the right to conduct an audit of Company's

books and records for all relevant periods, including the time period from July 2006 through the date

of the audit. Company, its owners, officers, agents, servants, employees and all persons acting on

Company's behalf or in conjunction with Company, shall be and are hereby restrained and enjoined

from failing and refusing to submit to such audits by certified public accountants selected by the

Funds and shall produce all books and records requested by the auditor and/or the Trustees of the

Funds, including, but not limited to, payroll, wage, general ledger and cash disbursement records, compensation insurance audits, and any other pertinent records deemed necessary for the purpose of ascertaining and/or verifying payments and/or liabilities to the Funds. Company shall pay to the Funds the cost of the audit together with any additional amounts found owing, plus such other amounts as set forth in the collective bargaining agreement, the trust agreements and rules and regulations of the Funds, ERISA and applicable law.

4.      If further action by Plaintiffs to enforce this judgment is required, Plaintiffs may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in ¶1(d) and (e) above.

5.      Plaintiffs may apply to this Court or to the Court in which enforcement is sought for additional interest on the unpaid contributions set out in ¶1(a) from April 23, 2007 until the date they are paid which interest shall be calculated at the applicable rates under 29 U.S.C. §1132(g)(2)(C)(i) and 26 U.S.C. §6621.

BY THE COURT

DATE: _____      BY:_____

                             JOSEPH J. FARNAN JR.,                    J.
                             United States District Court