## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL<br>UNION NO. 74 ANNUITY FUND, et al. | : <br> : <br> : | CIVIL ACTION |
| Plaintiffs | : <br> : | |
| v. | : <br> : | |
| TRI-STATE TECHNOLOGIES, INC. | : <br> : | |
| Defendant | : | NO. 07-CV-94 (JJF) |

### NOTICE OF WITHDRAWAL OF
### MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that the Plaintiffs hereby withdraw their motion for default judgment and supporting papers (D.I. 6 and 7) which were filed on May 3, 2007.

                    FERRY, JOSEPH & PEARCE, P.A.

                    /s/Rick S. Miller

                    Rick S. Miller (#3418)
                    824 Market Street, Suite 904
                    P.O. Box 1351
                    Wilmington, DE 19899-1351
                    (302) 575-1555
                    Attorney for Plaintiffs

Dated: July 19, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Plaintiff's Notice of Withdrawal of Motion for Default Judgment was served by first class mail on July 19, 2007 to the following:

Tri-State Technologies, Inc.
Attn: Mr. Ed Mendez
300 Caron Drive
Bear DE 19701


On penalty of perjury, I declare the foregoing is true and correct.

                                      /s/Rick S. Miller
                                      Rick S. Miller (#3418)