# FERRY, JOSEPH & PEARCE, P.A.
ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

PHONE (302) 575-1555
FAX (302) 575-1714

SUSSEX COUNTY OFFICE
215 E. MARKET STREET
GEORGETOWN, DE 19947

PHONE (302) 856-3706
FAX (302) 856-3708

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER +
THOMAS R. RIGGS

( * ALSO PA BAR)
( + ALSO NJ BAR)
( ** ALSO FL, MA AND NY BARS)

www.ferryjoseph.com

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DiSABATINO
(1962-2001)

July 19, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
644 King Street
Wilmington, DE 19801

Re:  *Plumbers and Pipefitters Local Union No. 74 Annuity Fund, et al. v. Tri-State Technologies, Inc.*, C.A. No. 07-94 (JJF)

Dear Judge Farnan:

I am counsel to the plaintiffs in the above-referenced case. The parties have agreed to a stipulated order of judgment which I enclose herewith. I respectfully request that the Court sign the order and enter the judgment on the docket. I am available at the Court's convenience should there be any questions.

Respectfully yours,

Rick S. Miller (#3418)

cc: Mr. Scott Ernsberger
Mr. Ed Mendez
Clerk of the Court (e-filed)