IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PLUMBERS AND PIPEFITTERS LOCAL  :
UNION NO. 74 ANNUITY            :
FUND, et al.,                   :
                                :
    Plaintiffs,                 :
                                :
    v.                          : Civil Action No. 07-094-JJF
                                :
TRI-STATE TECHNOLOGIES, INC.,   :
                                :
    Defendant.                  :

### CLERK'S ENTRY OF DEFAULT

And now to wit this **25th** day of **July, 2007**, the Plaintiffs, Plumbers and Pipefitters Local Union No. 74 Annuity Fund, et al., filed a Request To Enter Default (D.I. 5) pursuant to Fed. R. Civ. P. 55(a).

It appearing from the Declaration of Rick S. Miller (attached to D.I. 5), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(h)(1) and Defendant, Tri-State Technologies, Inc. has not answered or otherwise moved with respect to the Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff and against Defendant, Tri-State Technologies, Inc.

Peter T. Dalleo, Clerk

By _____
Deputy Clerk